Certificate Number: 17082-PAE-DE-031877686

Bankruptcy Case Number: 18-17172



17082-PAE-DE-031877686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2018, at 8:02 o'clock AM MST, LOUIS E WATKINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 8, 2018            By:   /s/Elena Escobedo

Name:   Elena Escobedo

Title:   Customer Service Representative